UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAKEBA CARPENTER,

                Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY &
MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3568 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 31 2006 ★

BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on August 25, 2006, granting defendants' motion for summary judgment; dismissing all of plaintiff's federal law claims with prejudice; and dismissing plaintiff's state law claims without prejudice; it is

ORDERED and ADJUDGED that defendants' motion for summary judgment is granted; that all of plaintiff's federal law claims are dismissed with prejudice; and that plaintiff's state law claims are dismissed without prejudice.

Dated: Brooklyn, New York
       August 28, 2006

30,

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court